# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**BRIAN HUDSON**                                                                      **PLAINTIFF**

**v.**                        **CASE NO. 4:19-CV-00032 BSM**

**MATT RICE, Chief, Faulkner County**
**Detention Center, et al.**                                           **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge J. Thomas Ray's partial recommended disposition [Doc. No. 6] is adopted. Hudson may proceed on his inadequate medical care claims against Chief Matt Rice, Major Randall, Captain Reidmiller, Lieutenant Huffman, and Lieutenant Andrews in their individual and official capacities. The clerk is directed to prepare a summons for Rice, Randall, Reidmiller, Huffman and Andrews. The United States Marshal is directed to serve the summons, complaint and amended complaint [Doc. Nos. 2 & 5], and this order on Rice, Randall, Reidmiller, Huffman and Andrews at the Faulkner County Detention Center without prepayment of fees and costs or security therefor. Hudson's inhumane conditions of confinement claim is dismissed without prejudice. Pursuant to 28 U.S.C. § 1915(a)(3), it is certified that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 25th day of June 2019.

                                                                       _____
                                                                       UNITED STATES DISTRICT JUDGE